UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIA BRICK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLAN'S ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-10,<br><br>        Defendants. | No. 07 Civ. 11369<br><br>ECF Case |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Citigroup Inc., Charles Prince, the Plans Administration Committee of Citigroup Inc., and the 401(k) Plan Investment Committee.

Dated: January 4, 2008
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: \s\ Lewis R. Clayton
          Lewis R. Clayton

        1285 Avenue of the Americas
        New York, New York  10019-6064
        Tel: (212) 373-3000
        Fax: (212) 757-3980
        Email:  lclayton@paulweiss.com

        *Attorneys for Citigroup Inc., Charles Prince, the Plans Administration Committee of Citigroup Inc., and the 401(k) Plan Investment Committee*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK        )
                                    ) ss.:
COUNTY OF NEW YORK   )

Trevor J. Hill, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2.  On January 4, 2008, I served true copies of the foregoing

NOTICES OF APPEARANCE; CORPORATE DISCLOSURE STATEMENT OF

DEFENDANT CITIGROUP INC.; and DEFENDANTS' RESPONSE TO

CONSOLIDATION MOTIONS BY PLAINTIFFS GRAY, TADROS AND BOLLA

AND BY PLAINTIFF GOLDSTEIN; on the following:

Lori Gwen Feldman, Esq.
Arvind Khurana, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Attorneys for Alan Stevens

3. I made such service by personally enclosing true copies of the aforementioned

documents in a properly addressed prepaid wrapper and depositing it into an official

depository under the exclusive custody and care of the United States Postal Service in the

State of New York.

Trevor J. Hill

Sworn to before me this
4th day of January, 2008

Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008