UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIA BRICK, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>       v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLAN'S ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-10,<br><br>                Defendants. | No. 07 Civ. 11369<br><br>ECF Case |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Citigroup Inc., Charles Prince, the Plans Administration Committee of Citigroup Inc., and the 401(k) Plan Investment Committee.

Dated: January 4, 2008
New York, New York

                                   PAUL, WEISS, RIFKIND, WHARTON &
                                   GARRISON LLP

                                   By:    \s\ Susanna M. Buergel
                                        Susanna M. Buergel

                                   1285 Avenue of the Americas
                                   New York, New York  10019-6064
                                   Tel:    (212) 373-3000
                                   Fax:   (212) 757-3980
                                   Email:  sbuergel@paulweiss.com

                                   *Attorneys for Citigroup Inc., Charles Prince, the Plans Administration Committee of Citigroup Inc., and the 401(k) Plan Investment Committee*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

Trevor J. Hill, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2.  On January 4, 2008, I served true copies of the foregoing NOTICES OF APPEARANCE; CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITIGROUP INC.; and DEFENDANTS' RESPONSE TO CONSOLIDATION MOTIONS BY PLAINTIFFS GRAY, TADROS AND BOLLA AND BY PLAINTIFF GOLDSTEIN; on the following:

Lori Gwen Feldman, Esq.
Arvind Khurana, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Attorneys for Alan Stevens

3. I made such service by personally enclosing true copies of the aforementioned

documents in a properly addressed prepaid wrapper and depositing it into an official

depository under the exclusive custody and care of the United States Postal Service in the

State of New York.

_____
Trevor J. Hill

Sworn to before me this
4th day of January, 2008

Notary Public

**SYLVIA ANDREEV**
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008