**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
---------------------------------X
                                 |
   Francia Brick                 |
                                 |   NOTICE OF ASSIGNMENT
                                 |
         -V-                     |
                                 |
                                 |   07  civ. 11369  (SHS)
                                 |
   Citigroup Inc.                |
                                 |
                                 |
---------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is assigned to the calendar of

    **JUDGE**    Sidney H. Stein

All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Assignment on all defendants.

J. Michael McMahon, Clerk of Court

**Dated:** 1/3/2008

by:    s/ Ka Kin Cheng

Ka Kin Cheng , Deputy Clerk

**DESIGNATED TO MAGISTRATE JUDGE**    Debra Freeman

CC:  Attorneys of Record

**NOTICE OF ASSIGNMENT FORM**

U.S.D.C. S.D.N.Y. Docket Support Unit          Revised: March 27, 2006